**Form B18** (Official Form 18)(12/03)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 05–14463**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Roderick Guzman
   833 Woodland Hts Blvd
   Streamwood, IL 60107

Social Security No.:
   xxx–xx–0614

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: August 8, 2005          Kenneth S. Gardner, Clerk
                               United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1          Date Rcvd: Aug 08, 2005
Case: 05-14463                Form ID: b18               Total Served: 23

The following entities were served by first class mail on Aug 10, 2005.
db         +Roderick Guzman,    833 Woodland Hts Blvd,    Streamwood, IL 60107-2029
aty        +Manny A Aguja,    Law Offices of Manny A. Aguja,    3144 West Montrose Avenue,
             Chicago, IL 60618-1333
tr         +Robert B Katz, ESQ,    The Law Offices Of Robert B Katz,    223 West Jackson Blvd Ste 1010,
             Chicago, IL 60606-6916
9173213    +Amoco,    Processing Center,    Des Moines, IA 50368-0001
9173214    +Bank One,    Card Member Service,    P. O. Box 94011,    Palatine, IL 60094-4011
9173215    +Best Buy,    Retail Service,    P.O. Box 17298,    Baltimore, MD 21297-1298
9173218    +Carson Pirie Scott,    P.O. Box 5463,    Chicago, IL 60680-5463
9173219    +Charter One Bank,    7460 S. Woodword Ave.,    Woodridge, IL 60517-2612
9173220    +Emerge,    P.O.Box 23034,    Columbus, GA 31902-3034
9173221    +Gm Card,    Cardmember Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
9173210    +Guzman Roderick,    833 Woodland Hts Blvd,    Streamwood, IL 60107-2029
9173222    +KCA Financial Services Inc.,    Re: Video Villa,    628 North St. Post Office Box Numbe,
             Geneva, IL 60134-1356
9173211    +Law Offices Of Manny A Aguja,    3144 W Montrose Ave,    Chicago, IL 60618-1333
9173223    +Office Max Consumer Plan,    Des Moines, IA 50364-0001
9173225    +Onyx Acceptance,    27051 Towne Centre Drive,    Footranch, CA 92610-2819
9173226     Oxford Management Services,    CS 9018,    Melville, NY  11747
9173228    +Shell Citi Master Card,    Processing Center,    Des Moines, IA 50367-0001

The following entities were served by electronic transmission on Aug 09, 2005 and receipt of the transmission
was confirmed on:
9173212    +EDI: WTRWFNNB.COM Aug 08 2005 21:18:00      Abercrombie And Fitch,    P.O. Box 659728,
             San Antonio, TX 78265-9728
9173213    +EDI: CITICORP.COM Aug 08 2005 21:18:00      Amoco,    Processing Center,    Des Moines, IA 50368-0001
9173215    +EDI: HFC.COM Aug 08 2005 21:19:00     Best Buy,    Retail Service,    P.O. Box 17298,
             Baltimore, MD 21297-1298
9173216    +EDI: CAPITALONE.COM Aug 08 2005 21:19:00      Capital One,    P.O. Box 60000,    Seatle, WA 98190-6000
9173217    +EDI: CAPITALONE.COM Aug 08 2005 21:19:00      Capital One,    P.O. Box 60000,    Seatle, WA 98190-6000
9173224    +EDI: TSYS.COM Aug 08 2005 21:18:00      Old Navy,    P.O. Box 530942,    Atlanta, GA 30353-0942
9173227    +EDI: TSYS.COM Aug 08 2005 21:18:00      Retail Services,    P.O. Box 17602,    Baltimore, MD 21297-1602
9173229    +EDI: WTRRNBANK.COM Aug 08 2005 21:18:00      Target National Bank,    P.O. Box 59317,
             Minneapolis, MN 55459-0317
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 10, 2005**                                 **Signature:** *Joseph Speetjens*